UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANIEL S COVARRUBIAS, | Case No. 25-cv-02671-LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: ECF Nos. 1, 6, 10 |
| CHRISTOPHER PIERCE, | |
| Defendant. | |

Daniel Covarrubias, an inmate at Ironwood State Prison in Blythe, California, filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He consented to proceed before a magistrate judge.[1] The court granted the plaintiff's application to proceed in forma pauperis and motion to appoint counsel, screened the initial petition, and determined that it states cognizable claims (order attached), deferring service until appointed counsel notified the court whether or not he would file an amended petition.[2] Counsel responded that the plaintiff would proceed on the initial petition.[3]

---

[1] Consent – ECF No. 7. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 10.

[3] Notice – ECF No. 12.

ORDER – No. 25-cv-02671-LB

For the foregoing reasons,

1. The petition warrants a response.

2. The clerk shall electronically serve a copy of this order, the attached order, and a Magistrate Judge Jurisdiction Consent Form upon the respondent and the respondent's attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov. The petition and any exhibits thereto are available via the ECF system for the Northern District of California. The clerk also shall serve by mail a copy of this order on the petitioner.

3. The respondent must file and serve upon the petitioner, on or before **January 26, 2026,** an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. The respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petitioner.

4. If the petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on the respondent on or before **February 25, 2026.**

5. The petitioner is responsible for prosecuting this case. The petitioner must promptly keep the court informed of any change of address and must comply with the court's orders in a timely fashion. The petitioner is cautioned that he must include the case name and case number for this case on the first page of any document he submits to the court for consideration in this case.

**IT IS SO ORDERED.**

Dated: November 26, 2025

_____
LAUREL BEELER
United States Magistrate Judge